## CRIMINAL CAUSE FOR ARRAIGNMENT

BEFORE: Bianco,J.          DATE: 3/2/2017          TIME: 4:50 p.m.
                                                  TIME IN COURT: 30 minutes

DOCKET NUMBER: CR 16-0403          TITLE: USA v. Amaya -Sanchez, et al.

DEFT NAME: Selvin Chavez
 X  PRESENT     NOT PRESENT          X  IN CUSTODY      ON BAIL

ATTY. FOR DEFT.: Steve Brounstein
 X  PRESENT     NOT PRESENT                 RET    X  C.J.A.
                                            FED. DEF. OF NY, INC.

DEFT NAME: Enrique Portillo
 X  PRESENT     NOT PRESENT          X  IN CUSTODY      ON BAIL

ATTY. FOR DEFT.: Joseph Portillo
 X  PRESENT     NOT PRESENT                 RET    X  C.J.A.
                                            FED. DEF. OF NY, INC.

DEFT NAME: Alexi Saenz
 X  PRESENT     NOT PRESENT          X  IN CUSTODY      ON BAIL

ATTY. FOR DEFT.: Mark Goidell
 X  PRESENT     NOT PRESENT                 RET    X  C.J.A.
                                            FED. DEF. OF NY, INC.

DEFT NAME: Jairo Saenz
 X  PRESENT     NOT PRESENT          X  IN CUSTODY      ON BAIL

ATTY. FOR DEFT.: Barry Rhodes
 X  PRESENT     NOT PRESENT                 RET    X  C.J.A.
                                            FED. DEF. OF NY, INC.

A.U.S.A. John Durham, Ray Teirney, and Paul Scotti

DEPUTY CLERK: Michele Savona

COURT REPORTER:    P. AUERBACH     E. COMBS    X  P. LOMBARDI
  H. RAPAPORT     M. STEIGER     D. TURSI     O. WICKER     S. PICOZZI

INTERPRETER: Maya Gray (Spanish)

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X   FIRST APPEARANCE OF DEFENDANT.

     DEFT(S) STATES TRUE NAME TO BE:

 X   DEFT ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT
     GUILTY PLEA TO THE INDICTMENT.

     WAIVER OF INDICTMENT EXECUTED.

     BAIL CONTINUED FOR DEFENDANT.

     DEFT. CONTINUED IN CUSTODY.

 X   ORDER OF DETENTION ENTERED.

\_\_\_    **BAIL SET AT** _____

\_\_\_    **MOTIONS TO BE FILED BY**_____

\_\_\_    **GOVERNMENT'S RESPONSE DUE**_____

\_\_\_    **REPLY PAPERS, IF ANY, DUE**_____

_X_    **SPEEDY TRIAL INFORMATION:**
       CODE TYPE:__X-_____    START DATE:3/2/2017 XSTRT
                                 STOP DATE: 4/10/2017 XSTOP

_X_    NEXT STATUS CONFERENCE SET FOR 4/10/2017 at 10:00 a.m.

\_\_\_    OTHER:_____