

## Jacqueline K. Walsh Law, P.S. Inc

TEL     206.325.7900
EMAIL  jackie@jamlegal.com
WEB    www.jamlegal.com

140 LAKESIDE AVENUE//SUITE A//NUMBER 338
SEATTLE WASHINGTON 98122

July 29, 2025

Honorable Judge Gary R. Brown
United States District Court Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Jairo Saenz, 2:16-cr-00403-GRB

Dear Honorable Judge Brown:

This matter is currently scheduled for sentencing on September 19, 2025; however, the defense needs additional time to prepare for sentencing. We are actively working with experts and one of our experts needs additional time to finish a report. Additionally, the defense has not yet received Mr. Saenz's Pre-Sentence Report. Consequently, the defense requests that the Court adjourn sentencing until November 7, 2025. We have inquired of the government and the government has no objection to resetting the sentencing hearing until November 7, 2025.

Thank you in advance for your consideration.

Respectfully submitted,


/s/Jacqueline K. Walsh
Jacqueline K. Walsh
Counsel for Mr. Saenz